

August 2, 2024

Hon. Judge Taryn A. Merkl
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

RE: **TRIPPETT v. DON ANTONIO RESTAURANT, LLC**
   **DOCKET NO. 1:24-cv-3465**

Dear Judge Merkl:

    The undersigned represents Alfred Trippett, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled.

    The parties are currently in the process of finalizing settlement conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

    Thank you for your time and consideration on this matter.

                                                                     Respectfully,

                                                                     Gabriel A. Levy