**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

————————————————————————x

ALFRED TRIPPETT, on behalf of herself and all
Others similarly situated,

                Plaintiffs,

      -against-

DON ANTONIO RESTAURANT, LLC,

               Defendant.

————————————————————————x

Civil Action No. 1:24-cv-3465

**NOTICE OF VOLUNTARY**
**DISMISSAL**

Plaintiff Alfred Trippett, by and through undersigned counsel and pursuant to Rule

41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with

prejudice.

      Dated: August 11, 2024

By: _____

      Gabriel A. Levy, Esq .
        *Attorney for Plaintiff*
      Gabriel A. Levy, P.C.
      1129 Northern Blvd, Ste 404
      Manhasset, NY 11030
      T: 347-941-4715
      Glevy@glpcfirm.com